1 | **MARK D. JORDAN, ESQ. (SBN 66353)**
**DIANE AQUI, ESQ. (SBN 217087)**
2 | **JORDAN, AQUI & TYNAN**
1612 Fourth Street
3 | Santa Rosa, CA 95404-4020
Telephone: (707) 526-3700
4 | Facsimile: (707) 526-1716

5 | Attorneys for Defendant
HAPPY GARDEN RESTAURANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIANG LIN PAN, | CASE NO.: C05 04117 MJJ |
| Plaintiff, | STIPULATION TO ALLOW DEFENDANT HAPPY GARDEN RESTAURANT EXTRA TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~]ORDER |
| vs. | |
| HAPPY GARDEN RESTAURANT and DOES 1 through 10 | |
| Defendants. | |

1. This action was filed on October 12, 2005.

2. Plaintiff served Defendant Happy Garden Restaurant on or about November 28, 2005.

3. Defendant and Plaintiff are presently involved in settlement negotiations which will obviate the necessity of defendant filing a responsive pleading.

4. Defendant will file a responsive pleading on or before January 31, 2006.

5. Defendant and plaintiff request that the Case Management Conference presently scheduled for January 17, 2006 at 2:00 p.m. in Courtroom 11 be continued for six weeks.

**STIPULATION**

IT IS HEREBY STIPULATED THAT defendant Happy Garden Restaurant shall file a responsive pleading on or before January 31, 2006.

It is further stipulated, and requested, that the Case Management Conference scheduled

Stipulation and Order

01/05/2006 09:34 7075261716 JORDAN,AQUI&TYNAN PAGE 04/04

Case 3:05-cv-04117-MJJ Document 6 Filed 01/09/06 Page 2 of 2
Case 3:05-cv-04117-MJJ Document 5 Filed 01/06/2006 Page 2 of 2

1 | for January 17, 2006 be continued for six weeks.

2 | Dated: January 5, 2006         **JORDAN, AQUI & TYNAN**

3 |                                _Diane Aqui_
4 |                                Diane Aqui
                                   Attorneys for Defendant
5 |                                HAPPY GARDEN RESTAURANT

6 |                                **LAW OFFICES OF ADAM WANG**

   Dated: January 5, 2006          /s/ Adam Wang
7 |                                Adam Wang
                                   Attorney for Plaintiff
8 |                                JIANG LIN PAN

11 |                               ORDER

12 |     IT IS SO APPROVED and ordered.

13 | Dated: January 9, 2006

14 |                               _Martin J. Jenkins_
                                   JUDGE OF THE UNITED STATES DISTRICT COURT

```
Case Management Conference reschedule to Tuesday, February 28,
2006 at 2:00 p.m. before the Honorable Martin J. Jenkins.
Joint Case Managment Conference Statement due by 2/21/2006.
```

28 | Stipulation and Order