1  ADAM WANG (STATE BAR NUMBER 201233)
   DAL BON & WANG
2  12 South First Street, Suite 613
   San Jose, CA 95113
3  Tel: (408) 421-3403
   Fax: (408) 351-0261
4
   Attorney for Plaintiff
5  Jiang Lin Pan

6
   DIANE AQUI, ESQ.
7  JORDAN AQUI & TYNAN
   1612 Fourth Street
8  Santa Rosa, CA 95404
   Telephone: (707) 526-3700
9  Facsimile: (707) 516-1716

10 Attorney for Defendant
   Happy Garden Restaurant
11

12

13              UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 | JIang-Lin Pan.              | Case No.: C05-04117 MJJ

16 |        Plaintiff,           |

17 |   vs.                       | STIPULATION TO DISMISS WITH
                                   PREJUDICE & ORDER
18 | Happy Garden Restaurant, et al  GRANTED
          Defendants
19

20     Pursuant to Fed. R. Civ. Pro. 41(a)(2), plaintiff Jiang-Lin Pan and defendant Happy

21 Garden Restaurant, through their respective counsel, stipulate as follows:

22     1.   Parties have fully resolved their disputes and entered into a Settlement Agreement

23 and Release.

24     2.   As such parties respectfully request that the Court dismiss this case in its entirety

25 with prejudice.

       3.   Each party is to bear its own costs and fees.

                                          1              Case No.   C05-04117 MJJ

08/08/2006  10:28  7075261716  JORDAN,AQUI&TYNAN  PAGE 03/03

Case 3:05-cv-04117-MJJ Document 16 Filed 10/04/2006 Page 2 of 2
Case 3:05-cv-04117-MJJ Document 17 Filed 10/10/06 Page 2 of 2

|   |   |
|---|---|
| | DAL BON & WANG<br>ADAM WANG |
| Dated: August __, 2006 | By: /s/ ADAM WANG<br>Attorney for Plaintiff<br>Jiang-Lin Pan |
| Dated: August 8, 2006 | JORDAN AQUI & TYNAN<br>DIANE AQUI<br><br>By: /s/ DIANE AQUI<br>Attorney for Defendants<br>Happy Garden Restaurant |

~~[PROPOSED]~~ ORDER

Pursuant to parties' stipulation, IT IS SO ORDERED.

Dated: 10/10/2006       By: *[signature]*
                            MARTIN J. JENKINS
                            United States District Judge

2                                  Case No.   C05-04117 MJJ

STIPULATION TO DISMISS WITH PREJUDICE
Pan v. Happy Garden Restaurant